IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY EDGERTON, | : | Case No. 3:12-CV-0191 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| WILKES-BARRE HOME CARE SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

January 13, 2014

In accordance with the Memorandum filed this same date **IT IS HEREBY ORDERED THAT:**

1. Defendant Wilke-Barre Home Care Services's motion for summary judgment (ECF Nos. 20, 32) is GRANTED.

2. Final judgment is entered in favor of defendant and against plaintiff.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge